IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NORMA JEAN FLOYD,**

        Plaintiff,        Case No. 2:15-cv-2765
  v.                              Judge Sargus
                                    Magistrate Judge King

**RESIDENT,**

        Defendant.

## ORDER

On August 31, 2015, the United States Magistrate Judge recommended that the action be dismissed for lack of subject matter jurisdiction, for failure to state a claim upon which relief can be granted, and as frivolous. *Order and Report and Recommendation*, ECF 3. Although plaintiff was advised of her right to object to that recommendation, and of the consequences of her failure to do so, there has been no objection.

The *Order and Report and Recommendation*, ECF 3, is **ADOPTED AND AFFIRMED.** This action is **DISMISSED** for lack of subject matter jurisdiction, for failure to state a claim upon which relief can be granted, and as frivolous. *See* 28 U.S.C. § 1915(e).

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

Furthermore, the Court concludes that there is no good ground to appeal from the judgment entered in this action. *See* 28 U.S.C. § 1915(a).

9-22-2015
Date

Edmund A. Sargus, Jr.
United States District Judge

1